PETER M. ANGULO, ESQ.
Nevada Bar #003672
OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
pangulo@rocgd.com
(702) 384-4012
(702) 383-0701 - fax
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAVID LEE PHILLIPS,

   Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, A Political Subdivision of the State of Nevada; POLICE OFFICERS Sgt. Raymond George Reyes #4346, Officer Conn, Officer Fonbwzma[1] a.k.a. Officer #6834 individually and as a Police Officer, JOHN DOES I-IV, inclusive,

   Defendants.

CASE NO.   2:09-CV-00826-KJD-LRL

### STIPULATION AND ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS
### (First Request)

IT IS HEREBY STIPULATED by and between the above named Plaintiff, by and through his counsel, Cal J. Potter, III, Esq., and the above named Defendants by and through their counsel Peter M. Angulo, Esq. of the law offices of Olson, Cannon, Gormley & Desruisseaux that the time to file dispositive motions be extended thirty days, to and including August 5, 2011. The reason for this requested extension is that counsel for Defendants paralegal recently passed away after a prolonged illness and has been attending to matters pertaining to said illness and death.

---

[1] The correct spelling of this officer's name is Fonbuena.

The parties further acknowledge and agree that this is their first request for an extension, and that this stipulation is made in good faith and not for purposes of delay.

DATED this _____ day of July, 2011.

| OLSON, CANNON, GORMLEY & DESRUISSEAUX | POTTER LAW OFFICES |
|---|---|
| By /s/ Peter M. Angulo<br>PETER M. ANGULO, ESQ.<br>9950 W. Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Attorneys for Defendants | By /s/ Cal J. Potter<br>CAL J. POTTER, III, ESQ.<br>1125 Shadow Lane<br>Las Vegas, Nevada 89104<br>Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED this 7th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE